**ORDERED.**

Dated: February 09, 2024

_Tiffany P. Geyer_
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re | Case No: 6:22-bk-03756-TPG |
| | Chapter 7 |
| **HANG DUYEN CHAU,** | |
| **Debtor** | |
| _____/ | |
| **LA NAIL SPA, LLC** | |
| **TUS INVESTMENT, LLC** | |
| **KEN TRAN** | |
| **NGOC HUONG T. LE** | |
| **HANHANAH DO, QUOC HUYNH** | |
| **Plaintiffs** | |
| vs. | Adv.Pro.No. 6:23-ap-00003-TPG |
| **HANG DUYEN CHAU,** | |
| **Defendant** | |
| _____/ | |

# FINAL JUDGMENT

THIS MATTER came before the Court upon the Complaint filed by Plaintiffs, LA NAIL SPA, LLC, the Court having received a Joint Motion for Entry of Final Judgment (Doc#22) and having reviewed the court file, FINDS AS FOLLOWS:

1. The Debtor/Defendant filed this Chapter 7 on October 18, 2022.

2. The Plaintiffs filed this Adversary Proceeding on January 23, 2023.

3. The Plaintiffs and the Debtor/Defendant have agreed upon entry of this Final Judgment based upon the Final Judgment entered in the Circuit Court of the Ninth Judicial Circuit, Orange County, Florida, Case No. 48-2019-CA-009599-A001-OX.

Accordingly, it is **ORDERED:**

A. Judgment is entered in favor of the Plaintiffs in this matter.

B. On January 23, 2023, Plaintiffs filed this Adversary proceeding against the Debtor/Defendant, based upon the Final Judgment entered in the Orange County Circuit Court, Case No. 48-2019-CA-009599-A001-OX, on November 1, 2019.

C. The debt contained in the Final Judgment entered in Orange County, Case No. 48-2019-CA-009599-A001-OX, shall be deemed non-dischargeable, pursuant to 11 U.S.C. §523(a)(2).

D. The Debtor/Defendant, HANG DUYEN CHAU and non-party spouse Andy Chau, personally, jointly and severally, owe a debt to the Plaintiffs in the total amount of $953,727.58 for money obtained by a false representation, actual fraud in the inducement, and through deceptive and unfair trade practices on the facts found by the triers of fact in Docket Entry 1-1.

E. These facts set forth in Docket Entry 1-1 are herein so adopted and found by this Court and made part of this Judgment as if fully set forth herein and/or attached hereto as an exhibit to the Judgment.

F. The debt owed to the Plaintiffs in the amount of $953,727.58 shall be deemed non-dischargeable pursuant to 11 U.S.C. §523(a)(2).

FOR WHICH LET EXECUTION ISSUE FORTHWITH.

### 

Attorney, Stephen R. Caplan, is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.

.